insufficient to raise a reasonable doubt as to defendant's guilt. (*People v. Williams*, 28 Ill.2d 53, 190 N.E.2d 796.) Over the positive identifications of four witnesses, the court, as trier of fact, was not obliged to believe the alibi evidence presented by defendant's relatives and obviously did not. (*People v. Taylor*, 8 Ill.App.3d 727, 290 N.E.2d 342.) Cases, cited by the defendant reversing convictions based on insufficient identifications, are inapposite.

In addition, the fact that fingerprints taken from the glass that defendants allegedly handled did not match defendant's fingerprints does not alter our conclusion in view of the other evidence of defendant's guilt.

Accordingly, the judgment of the circuit court of Cook County is affirmed.

Judgment affirmed.

McNAMARA, P. J., and DEMPSEY, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOHN WARREN, Defendant-Appellant.

(No. 59037;

First District (3rd Division)—February 28, 1974.

PER CURIAM.

McNAMARA, J., took no part.

James J. Doherty, Public Defender, of Chicago (Marilyn Dershem Israel, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and William K. Hedrick, Assistant State's Attorneys, of counsel), for the People.